IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBRA HARRIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION NO: |
| v. | ) |
| | ) |
| BAC HOME LOANS SERVICING, LP, | ) |
| McCALLA RAYMER, LLC, C. TROY | ) |
| CROUSE, THOMAS SEARS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant BAC Home Loans Servicing, LP ("BAC"), by and through its counsel, McGuireWoods LLP, and with the consent of Defendants McCalla Raymer, LLC, C Troy Crouse, and Thomas Sears, hereby removes this action from the Superior Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. Removal is based on federal question jurisdiction because Plaintiff asserts a claim arising under the laws of the United States. In support of its notice, BAC states as follows:

1.  This action is removable to the United States District Court under 28 U.S.C. Sections 1331 and 1441 on the grounds of federal question jurisdiction, in

that the complaint purports to allege a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. Seq.

2. Pursuant to 28 U.S.C. Section 1446(b), this Notice of Removal is filed within thirty days after BAC's receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

3. Pursuant to 28 U.S. C. Section 1446(a), attached hereto as Exhibit "A" are copies of the following documents, which are all the process, pleadings, and orders received by one or more Defendants in this action: Summons and Complaint.

4. To the extent the Complaint alleges statutory, state common law or other nonfederal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiff's claims under the Fair Debt Collections Practices Act.

5. Concurrently with this Notice of Removal, BAC will file a copy of this Notice with the Superior Court of Gwinnett County, Georgia. Upon receipt of this Notice, no further action shall be taken in the Superior Court of Gwinnett County, Georgia.

WHEREFORE, BAC files this Notice of Removal and removes the civil action to the United States District Court for the Northern District of Georgia.

This 29th day of April, 2011.

/s/ Suzanne R. Haley
Suzanne R. Haley
Georgia Bar No. 100164
McGuireWoods LLP
100 N. Tryon Street
Suite 2900
Charlotte, NC 28202
704.373.8053 (Direct Line)
704.373.8860 (Direct FAX)
shaley@mcguirewoods.com

*Attorneys for BAC Home Loans Servicing, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBRA HARRIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO: |
| v. | ) |
| | ) |
| BAC HOME LOANS SERVICING, LP, | ) |
| McCALLA RAYMER, LLC, C. TROY | ) |
| CROUSE, THOMAS SEARS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE, FONT AND MARGIN

I hereby certify that on this 29th day of April, 2011, I filed the foregoing *Notice of Removal* with the Clerk of the Court using the CM/ECF system and mailed a true copy of same via prepaid First-Class Mail, and electronic mail to:

Debra Harris
1765 Campbell Ives Dr.
Lawrenceville, GA 30045
(678) 900-7773

*Pro Se Plaintiff*

Robert Michael Sheffield
McCalla Raymer, LLC
Georgia Bar No.
Six Concourse Parkway
Suite 3200
Atlanta, Georgia 30328
rms@mccallaraymer.com

*Counsel for Defendants McCalla Raymer LLC, C. Troy Crouse and Thomas Sears*

2

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ Suzanne R. Haley
Suzanne R. Haley

2