IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBRA HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>BAC HOME LOANS SERVICING, LP, McCALLA RAYMER, LLC, C. TROY CROUSE, and THOMAS SEARS,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-CV-1411-SCJ |

### ORDER

This matter is before the Court on the motions to dismiss by defendants McCalla Raymer, LLC, C. Troy Crouse and Thomas Sears [Doc. No. 4] and by defendant BAC Home Loans Service, LP [Doc. No. 5]. Plaintiff Debra Harris has failed to file a response to or otherwise oppose either motion. Local Rule 7.1B, NDGa, provides that "failure to file a response shall indicate that there is no opposition to the motion". The motions are therefore **GRANTED** as unopposed and this action is **DISMISSED.**

IT IS SO ORDERED, this 25th day of May, 2011.

                                                s/Steve C. Jones
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE